RUTHERFORD *et al. v.* MITCHELL.

ATKINSON, J. Under the pleadings and evidence in this case, the plaintiff did not show himself entitled to any such affirmative equitable relief as required the granting of an injunction to stay a suit against him pending in the county court, based on a note given by him for rent.

*Judgment affirmed. All the Justices concur.*

Argued July 5, — Decided August 10, 1909.

Petition for injunction. Before Judge Lewis. Greene superior court. May 12, 1909.

*Samuel H. Sibley,* for plaintiffs.

*W. O. Mitchell* and *James Davison,* contra.